**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 23, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00813-CV

————————

**GABRIEL VASQUEZ, Appellant**

**V.**

**AT&T ADVERTISING, L.P. D/B/A AT & T YELLOW PAGES, Appellee**

On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 960357

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 9, 2011. On February 10, 2012, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.